UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EDMUND BELONEY,

        Plaintiff,

  v.

ANTHONY HEDGPETH et al,

        Defendant.

Case Number: CV07-04327 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 28, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edmund Beloney
V-98682/ D7-228
Kern Valley State Prison
PO Box 5104
Delano, CA 93216

Attorney General's Office
455 Golden Gate Ave
San Francisco, CA 94102

Dated: August 28, 2007

                              Richard W. Wieking, Clerk
                              By: D. Toland, Deputy Clerk