EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
JOAN KILLEEN
Deputy Attorney General
State Bar No. 111679
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5968
 Fax: (415) 703-1234
 Email: Joan.Killeen@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **EDMOND BELONEY,** | C 07-4327 WHA (PR) |
| Petitioner, | |
| v. | |
| **ANTHONY HEDGPETH, Warden,** | |
| Respondent. | |

**RESPONDENT'S EX PARTE APPLICATION FOR FIRST EXTENSION OF TIME**

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JOAN KILLEEN
   Deputy Attorney General
6  State Bar No. 111679
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-7004
    Telephone: (415) 703-5968
8   Fax: (415) 703-1234
    Email: Joan.Killeen@doj.ca.gov
9  Attorneys for Respondent

10            IN THE UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13  **EDMOND BELONEY,**                    C 07-4327 WHA (PR)

14                        Petitioner,      **RESPONDENT'S EX PARTE**
15                                         **APPLICATION FOR FIRST**
        v.                                 **EXTENSION OF TIME**
16
    **ANTHONY HEDGPETH, Warden,**
17
                          Respondent.
18

19      Respondent respectfully requests that this Court grant a sixty (60) day extension of time,

20  to and including December 26, 2007, to file the answer in this case. Respondent has made no prior

21  request for an extension of time.

22      As set forth in the accompanying Declaration of Counsel, counsel for respondent needs

23  sixty (60) days to complete and file the answer. Respondent does not believe petitioner will be

24  prejudiced by this request.

25

26

27

28

Respondent's Ex Parte Application For First Extension Of Time - C 07-4327 WHA (PR)
                                      1

Wherefore, respondent respectfully requests that this Court grant this application for an extension of time.

Dated: October 26, 2007

        Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

/s/ Joan Killeen
JOAN KILLEEN
Deputy Attorney General

Attorneys for Respondent