IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **EDMOND BELONEY,** <br><br> Petitioner, <br><br> v. <br><br> **ANTHONY HEDGPETH, Warden,** <br><br> Respondent. | C 07-4327 WHA (PR) <br><br> **[PROPOSED] ORDER GRANTING FIRST EXTENSION OF TIME TO FILE ANSWER** |

GOOD CAUSE APPEARING, respondent is granted an additional sixty (60) days to and including December 6, 2007, to file an answer to the petition for writ of habeas corpus. Petitioner may file a reply within (30) days after the answer has been filed and served.

DATED: _____

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE