EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
JOAN KILLEEN
Deputy Attorney General
State Bar No. 111679
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5968
  Fax: (415) 703-1234
  Email: Joan.Killeen@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**EDMOND BELONEY,**

                Petitioner,

    v.

**ANTHONY HEDGPETH, Warden,**

                Respondent.

C 07-4327 WHA (PR)

**INDEX OF STATE COURT RECORDS LODGED IN SUPPORT OF ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JOAN KILLEEN
   Deputy Attorney General
6  State Bar No. 111679
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-7004
    Telephone: (415) 703-5968
8   Fax: (415) 703-1234
    Email: Joan.Killeen@doj.ca.gov
9  Attorneys for Respondent

10                IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

| | |
|---|---|
| **EDMOND BELONEY,**<br><br>                             Petitioner,<br><br>    v.<br><br>**ANTHONY HEDGPETH, Warden,**<br><br>                             Respondent. | C 07-4327 WHA (PR)<br><br>**INDEX OF STATE COURT RECORDS LODGED IN SUPPORT OF ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |

                              INDEX

    Exhibits

        A     Clerk's Transcript on Appeal

        B     Reporter's Transcript on Appeal

        C     Appellant Edmond Beloney's Opening Brief, H029334

        D     Appellant Avery Darbey's Supplemental Opening Brief, H029334

        E     Respondent's Brief, H029334

        F     Appellant Edmond Beloney's Reply Brief, H029334

        G     Appellant Avery Darbey's Reply Brief, H029334

Index Of State Court Records Lodged In Support Of Answer To Petition For Writ Of Habeas Corpus - C 07-4327 WHA (PR)

                                    1

| | | |
|---|---|---|
| H | California Court of Appeal Opinion, H029334 |
| I | Appellant Edmond Beloney's Petition for Review, H029334 |
| J | Appellant Avery Darbey's Petition for Review, H029334 |
| K | 4/11/07 Order Denying Review, S149857 |

Index Of State Court Records Lodged In Support Of Answer To Petition For Writ Of Habeas Corpus - C 07-4327 WHA (PR)

2