IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDMOND BELONEY,

        Petitioner,

  v.

ANTHONY HEDGPETH, Warden,

        Respondent.
                                 /

No. C 07-4327 WHA (PR)

**ORDER AMENDING CAPTION**

      The caption of the order entered on May 18, 2009, is amended to read "Order Granting Extension of Time to Appeal." The clerk shall amend the docket to reflect the change.

      **IT IS SO ORDERED.**

Dated: July  30 , 2009.

                                WILLIAM ALSUP
                                UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.07\beloney327.AMEND CAP.wpd